```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

JAMES VERIGOOD,                  *
                                 *
     Plaintiff,                  *
                                 *
v.                               *    CIVIL ACTION FILE
                                 *    NO. 1:18-CV-00445-TWT
PINNACLE X-RAY SOLUTIONS, INC.,  *
                                 *
     Defendant.                  *
```

### ORDER

This is an action alleging unpaid overtime, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, ("FLSA"). Pursuant to 29 U.S.C. § 216(b) the compromise of FLSA claims require approval by the Court, when the payment is not made through the Department of Labor. See <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982)(holding a private suit filed by employees requires that the settlement be reviewed and approved by the Court). Therefore, the Parties are seeking this Court's approval of the settlement pertaining to the Plaintiff's FLSA claims.

This Court has reviewed the Settlement Agreement. The Court concludes that the terms of the Settlement Agreement are fair and reasonable. The Court further concludes that the amount for costs and attorneys' fees are reasonable. Therefore, this Court hereby **APPROVES** the Settlement Agreement. This action is

hereby **DISMISSED WITH PREJUDICE, with costs and fees to be paid pursuant to the Settlement Agreement**. The Court shall retain jurisdiction over the action to enforce the terms of the Settlement Agreement.

    SO ORDERED, This 5th day of April, 2018.

        /s/Thomas W. Thrash
HONORABLE THOMAS W. THRASH, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

-2-